IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, James R | Case Number: 06 B 09052 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 7/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  December 12, 2007
Confirmed:  September 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,540.00 | |
| Secured: | | 5,803.60 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 418.90 |
| Trustee Fee: | | 317.50 |
| Other Funds: | | 0.00 |
| Totals: | 6,540.00 | 6,540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,500.00 | 418.90 |
| 2. | Chase Home Finance | Secured | 6,714.98 | 4,150.72 |
| 3. | Toyota Motor Credit Corporatio | Secured | 1,286.55 | 237.60 |
| 4. | Cook County Treasurer | Secured | 1,363.00 | 0.00 |
| 5. | South Shore Villa Condo Assoc | Secured | 14,152.54 | 1,415.28 |
| 6. | Chase Home Finance | Secured | 17,593.63 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 6,250.52 | 0.00 |
| 8. | Lincoln Tech | Unsecured | 952.11 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 1,246.88 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 234.32 | 0.00 |
| 11. | Merrick Bank | Unsecured | 462.29 | 0.00 |
| 12. | Cook County Treasurer | Priority | | No Claim Filed |
| 13. | Affiliated | Unsecured | | No Claim Filed |
| 14. | I C Systems Inc | Unsecured | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Collection | Unsecured | | No Claim Filed |
| 19. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 20. | Midland Credit Management | Unsecured | | No Claim Filed |
| 21. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 22. | Unifund Corporation | Unsecured | | No Claim Filed |
| 23. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 24. | South Shore Villa Condo Assoc | Unsecured | | No Claim Filed |
| 25. | South Shore Villa Condo Assoc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Smith, James R | Case Number: 06 B 09052 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 7/28/06 |

| 26. Chase Home Finance | Unsecured |  | No Claim Filed |
|---|---|---|---|
|  |  | _____ | _____ |
|  |  | $ 51,756.82 | $ 6,222.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 285.29 |
| 5.4% | 32.21 |
|  | _____ |
|  | $ 317.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____